# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

138158

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBBIE A. WHITMAN, Personal Representative
of the Estate of Matthew Whitman, Deceased,
        Plaintiff-Appellant,

v

BOYNE CITY,
        Defendant-Appellee,
and

DENNIS JACOB LEHTO,
        Defendant.

SC: 138158
COA: 280212
Otsego CC: 06-011627-NO

_____/

      On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

0527

_____
Clerk